**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| MATTHEW SNYDER, | : | Case No. 2:26-cv-114 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Judge Michael H. Watson |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| STATE OF OHIO, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

### ORDER

---

This case is before the Court upon Plaintiff's Motion for Extension of Time.  (Doc. #8). Plaintiff requests an additional thirty days to file objections to the May 4, 2026 Report and Recommendations.  *Id.*

For good cause shown, Plaintiff's Motion for Extension of Time (Doc. #8) is hereby **GRANTED**.  Plaintiff's objections to the May 4, 2026 Report and Recommendations (Doc. #7) are due or before **June 12, 2026**.

**IT IS SO ORDERED.**

May 13, 2026 _____          *s/Peter B. Silvain, Jr.* _____
                                       Peter B. Silvain, Jr.
                                       United States Magistrate Judge